~~SECRET~~

unsealed

FILED

08 FEB 22 PM 3:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDU   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0511 BEN |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JOSE JESUS PERUCH SAENZ (1), ) aka George, ) aka G Unit, ) KARL DELEON MURRAH (2), ) RAMOND ANDREW DIZON (3), ) aka Andy, ) MAGGIE MARIA SIEBEN (4), ) MARK ALAN KOUNTZ (5), ) MICHAEL SHAUN TRACY (6), ) JOEL JOSHUA BANNING (7), ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Youssef Mustapha Habhab</u>, Criminal Case No. 08CR0404-BEN.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

