ORIGINAL

1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6074

6  Attorneys for Plaintiff
   United States of America

FILED

08 MAR -6 AM 11:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0511-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND ORDER TO UNSEAL |
| JOSE JESUS PERUCH SAENZ (1), | ) INDICTMENT AND ARREST WARRANTS |
|    aka George, | ) |
|    aka G Unit, | ) |
| KARL DELEON MURRAH (2), | ) |
| RAMOND ANDREW DIZON (3), | ) |
|    aka Andy, | ) |
| MAGGIE MARIA SIEBEN (4) | ) |
| MARK ALAN KOUNTZ (5), | ) |
| MICHAEL SHAUN TRACY (6), | ) |
| JOEL JOSHUA BANNING (7), | ) |
| Defendants. | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the Indictment and Arrest Warrants in the above-referenced case be unsealed.

DATED: March 8, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

SO ORDERED.
DATED: 3/6/08

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge