FOIPA/1453709
SECRET
Unsealed 3/06/08

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Michael Shaun Tracy (6)

## WARRANT FOR ARREST

CASE NUMBER: 08cr0511-006-BEN

FILED
MAR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Michael Shaun Tracy (6)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Oxycodone and Hydrocodone Bitartrate;
21:841(a)(1) - Distribution of Oxycodone and Hydrocodone Bitartrate;
18:2 - Aiding and Abetting;
21:853(a), and 853(p) - Criminal Forfeiture

2008 FEB 25 A 11:31
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

In violation of Title       See Above       United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Signature of Deputy

DATE 3/6/08
ARRESTED BY DUSM Barydale
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

Bail fixed at $ _____

Clerk of the Court
Title of Issuing Officer

February 25, 2008    San Diego, CA
Date and Location

The Honorable William McCurine, Jr.
Name of Judicial Officer

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I "Z" DEA                                         3599