# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR0511-BEN__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Michael Shaun Tracy (6) | ) | Booking No. __07455298__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3-10-08__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __30,000 PS__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____
DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. / Clerk
by
_(signature)_
Deputy Clerk

Crim-9   (Rev 6-95)                                                U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**