PS 8
(8/88)

# United States District Court
### for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 24 PM 2:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _cf_

U. S. A. vs. TRACY, MICHAEL SHAUN                              Docket No. 08CR0511BEN-006

### Petition for modification on Conditions of Pretrial Release

Comes now Silvana Patton Pretrial Services Officer presenting an official report upon the conduct of defendant TRACY, MICHAEL SHAUN who was placed under pretrial release supervision by the Honorable Cathy Ann Bencivengo sitting in the court at San Diego, on the 7th day of March, 2008, under the following conditions:

restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; actively seek and maintain full-time employment, schooling, or combination both; clear all warrants/FTA's within ;30 days of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. The defendant has admitted to recent drug use, and his substance abuse history was not available to the Court prior to the setting of bond conditions.

2. The defendant requires travel to the Central District of California in order to clear his outstanding misdemeanor warrant.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND OR TREATMENT AS SPECIFIED BY THE ASSIGNED PRETRIAL SERVICES OFFICER AND HIS TRAVEL RESTRICTION EXPANDED TO INCLUDE THE CENTRAL DISTRICT OF CALIFORNIA.

ORDER OF COURT

Considered and ordered this __18th__ day of __March__, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Roger T. Benitez

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 18, 2008

Respectfully, _Silvana Patton_
_____
Silvana Patton, U.S. Pretrial Services Officer

Place   __San Diego, California__

Date    __March 18, 2008__