1  BRIAN P. FUNK ESQ.
   CSB NO. 110462
2  964 Fifth Avenue #214
   San Diego, CA 92101
3  (6l9) 233-4076

4  Attorney for Defendant,

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>MICHAEL S. TRACEY-(06) )<br>)<br>Defendant. )<br>_____ ) | Crim No. 08CR0511-06-BEN<br><br>**NOTICE OF MOTION TO:**<br><br>**Compel Discovery**<br><br><br>DATE : 04-21-08<br>TIME: 2:00 pm |

TO:    KAREN HEWITT UNITED STATES ATTORNEY and , TIM SALEL AUSA

   PLEASE TAKE NOTICE that on APRIL   21 , 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, MICHAEL S. TRACEY-(06)  , by and through his counsel, Brian P. Funk, will move this Court to compel discovery.

//

/

**MOTION**

MICHAEL S. TRACEY-(06)    , by and through his counsel and pursuant to the Fifth and Sixth Amendments to the United States Constitution and the provisions of Rule 16 of the Federal Rules of Criminal Procedure hereby brings the following motion:

   To compel discovery:

   This motion is based on the instant Motions, Notice of Motions, the attached Statement of Facts and Memorandum of Points and Authorities, the files and records in the above-entitled case, and any and all other evidence which may be brought to this Court's attention prior to or at the time of the hearing on these motions.

Dated: APRIL 8, 2008                    Respectfully submitted,


                                         /sa/ Brian P. Funk
                                        BRIAN P. FUNK
                                        Attorney for Defendant