1  BRIAN P. FUNK ESQ.
2  CSB NO. 110462
   964 Fifth Avenue #214
3  San Diego, CA 92101
   (6l9) 233-4076
4
   Attorney for Defendant,
5

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,   )    Crim No. 08CR0511-BEN
                                )
12      Plaintiff,               )   PROOF OF SERVICE
                                )
13                              )
   vs.                           )
14                              )
                                )
15 MICHAEL S. TRACEY-(06)        )
                                )    DATE : 4-21-08
16      Defendant.               )    TIME: 2:00 pm
                                )
17

18
   I Brian P. Funk, Electronically    served the Notice of Motion and Motion to compel discovery on
19
   US ATTORNEY   .
20
   880 FRONT STREET
21
   ROOM 6293
22
   SAN DIEGO CA. 92101
23

24

25
   APRIL 08, 2008                s/a Brian P. Funk
26

27

28

                              1