1  **BRIAN P. FUNK**
   Attorney at Law
2  964 Fifth Avenue, Suite 214
   San Diego, California 92101
3  Telephone No. (619) 233-4076
   Facsimile No. (619) 699-5961
4  State Bar No.: 110462

5

   Attorney for Defendant,
6  **MIKE SHAUN TRACEY  -06**

7

8

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11

12
   UNITED STATES OF AMERICA,        )    CASE NO. 08CR0511-BEN
13                                   )
                                     )    **STIPULATION**
14          Plaintiff,               )    **TO MODIFY**
                                     )    **PRE-TRIAL RELEASE**
15                                   )
       vs.                           )
16                                   )
                                     )
17  **MICHAEL SHAUN TRACY**          )
                                     )
18                                   )
          Defendant.                 )
19                                   )
   _____ )
20

21        COMES NOW the Defendant, **MICHAEL SHAUN TRACY**    , by and through

22  his counsel, BRIAN P. FUNK, ESQ., and The United States of America, by TIMOTHY F.

23  SALEL   AUSA  who stipulate and agree as follows:

24        It is agreed Mr Tracy may travel within the United States Of America, upon notice to his

25  Pre-trial officer.   US Pre-Trial Officer S. Patton has no opposition.

26  DATE : September 9, 2008              /s/ Brian P. Funk_____

27  DATE : September 9, 2008              Timothy F. Salel, AUSA_____

28                                            ATTORNEY FOR

                                         UNITED STATES OF AMERICA