# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Michael Shaun Tracy__  No. __08CR0511-BEN__

The Court finds excludable delay, under the section indicated by check (✓),

commenced on __4-8-08__ and ended on __9-9-08__ ;( X☰ )
__9-9-08__ and ended on __12-8-08__ .(XA, XI)

**3161(h)**

- ___ (1)(A)  Exam or hrg for **mental or physical incapacity**
- ___ (1)(B)  **NARA exam**ination (28:2902)
- ___ (1)(D)  State or Federal trials or **other charges pending**
- ___ (1)(E)  **Interlocutory appeals**
- _X_ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)
- ___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)
- ___ (1)(J)  **Proceedings under advisement** not to exceed thirty days
- ___         Misc proc: Parole or prob rev, deportation, **extradition**
- ___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less
- _X_ (1)(I)  Consideration by Court of **proposed plea agreement**
- ___ (2)     **Prosecution deferred** by mutual agreement
- ___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**
- ___ (4)     Period of **mental or physical incompetence** of defendant to stand trial
- ___ (5)     Period of **NARA commitment or treatment**
- ___ (6)     **Superseding indictment and/or new charges**
- ___ (7)     **Defendant awaiting trial of co-defendant** when no severance has been granted
- ___ (8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance
- ___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**
- _X_         2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
- ___ (8)(B)(ii)  2) **Case** unusual or **complex**
- ___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days
- ___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**
- ___ 3161(I)  Time up to **withdrawal of guilty plea**
- ___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days

Right margin codes: A B C D (E) F G H 6 (7) I M N O P R T (T1) T2 T3 T4 U W

Date __9-9-08__                     __CAB__
                                 Judge's Initials